IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 96-10079
_____


ALAN NIEDERLITZ; PEGGY NIEDERLITZ,

                    Plaintiffs-Appellees,

v.

PRESTONWOOD GOLF CLUB CORP., Doing
Business as Prestonwood Country Club,

                    Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Texas
(3:94-CV-2395)
_____
October 11, 1996
Before KING and HIGGINBOTHAM, Circuit Judges, and LAKE[*],
District Judge.

PER CURIAM:[**]

        The district court entered judgment against Prestonwood Golf

Club Corp., defendant-appellant, following a jury verdict in

favor of Alan Niederlitz and Peggy Niederlitz, plaintiffs-

appellees, in their suit against Prestonwood for violations of

the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq..

_____

        [*]District Judge of the Southern District of Texas, sitting
by designation.

        [**]Pursuant to Local Rule 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in Local Rule 47.5.4.

Prestonwood appeals, arguing that the jury instructions were flawed and that the evidence was insufficient to support the jury's finding of liability under the FCRA.  We are not persuaded that the charge as a whole created substantial and ineradicable doubt as to whether the jury was properly guided in its deliberations.  The district court did not err in failing to grant judgment as a matter of law for Prestonwood following the return of the verdict.  The judgment of the district court is

AFFIRMED.